**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 13-cr-00056-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAVIER DELAO-VALENZUELA,

    Defendant.
_____

**ORDER**
_____

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on April 17, 2013, it is

    ORDERED that Defendant Javier Delao-Valenzuela is sentenced to TIME SERVED.

    DATED: April 17, 2013

                                         BY THE COURT:

                                         _____
                                         Christine M. Arguello
                                         United States District Judge